IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDDIE CANNON                                                                                      PLAINTIFF

v.                                            No. 3:16-CV-00130-JTK

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

So ordered this 30th day of May 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE